Christopher A. Seeger, Esq.
**Seeger Weiss LLP**
One William Street
New York, NY 10004
(212) 584-0700
Attorneys for Plaintiff

IN THE UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>John P. Markulec,<br><br>            Plaintiff,<br><br>v.<br><br>Pfizer, Inc.,<br><br>            Defendant. | Index No. 05cv4539<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer<br><br><br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, JOHN P. MARKULEC and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: June 15, 2009          By: _____
                                   Christopher A. Seeger, Esquire
                                   Seeger Weiss LLP
                                   One William Street
                                   New York, NY 10004
                                   (212) 584-0700

                                   *Attorneys for Plaintiff*

Dated: August 6, 2009         By: _____
                                   DLA Piper US LLP
                                   1251 Avenue of the Americas
                                   New York, NY 10020
                                   (212) 335-4500

                                   *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____ August 11 , 2009

_____
Hon. Charles R. Breyer
United States District Judge

GRANTED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA